JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Juan Garibay, | ) Case No. CV 20-00118-ODW(KSx) |
| Plaintiff, | ) **ORDER OF DISMISSAL** |
| v. | ) |
| Farmers Market Plaza, LLC et al., | ) |
| Defendants. | ) |

THE COURT ORDERS case dismissed without prejudice for failure to respond to the OSC to prosecute.

.

Dated: April 14, 2019

OTIS D. WRIGHT, II
United States District Judge